IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**NOTICE** of **Informal Telephone Status Conferences (with counsel only), for** the **Honorable Timothy M. Cain**, have been scheduled for August 8, 2022 at the times listed. **Proceedings will not be recorded.**

| | |
|---|---|
| **U.S. Attorneys:** | Initiate the phone call with defense counsel and once all parties are on the line, contact chambers via phone number at 864-261-2035 |
| **Defense counsel:** | Confer with your clients reporting to the court: the status of the case including discovery, whether you intend to file a written continuance motion, or schedule a guilty plea on August 10, 2022. If the defendant is requesting a jury trial, advise the court of the trial duration. **Current Term Jury Selection date September 12, 2022.** |

**10:00 AM**
8:22-91                Megan McNulty Bowers              Bill Watkins, AUSA
                       Bond                              Andy Moorman, Ret.


**10:15 AM**
7:22-396               Sammy Lee Ellis, Jr.              Chris Schoen, AUSA
                       Custody                           Ben Stepp, AFPD


**10:30 AM**
7:21-413-2             Amanda Louise Holmes              Leesa Washington, AUSA
                       Surety                            Steven Hisker, CJA
**Guilty Plea 8/10/22**


**11:00 AM**
8:21-754               Kevin Jamal Jones                 Winston Marosek, AUSA
                       Custody                           Ben Stepp, AFPD


**11:30 AM**
6:22-188-1             Darrecos Taylor                   Jamie Schoen, AUSA
                       Surety                            Ryan Beasley


6:22-188-2             Jesus Paz-Rodriguez               Jamie Schoen, AUSA
Interpreter            Custody                           James Loggins, AFPD

| | | |
|---|---|---|
| 6:22-188-3 | Jessica Miranda<br>Custody | Jamie Schoen, AUSA<br>M. Chamberlain, CJA |
| 6:22-188-5 | Brook Roosevelt Farmer<br>Custody | Jamie Schoen, AUSA<br>Steve Hisker, CJA |
| 6:22-188-6 | Lavar Devall Johnson<br>Custody | JameSchoen, AUSA<br>Ernest Hamilton, CJA |
| 6:22-188-7 | Kayla Sparks<br>Bond | Jamie Schoen, AUSA<br>David Plowden, CJA |
| 6:22-188-9 | Joseph Lamar Williams<br>Bond | Jamie Schoen, AUSA<br>Hannah Metcale, CJA |
| 6:22-188-10 | James Robert McBee<br>Custody | Jamie Schoen, AUSA<br>Hank Ehlies, CJA |
| 6:22-188-11 | Anthony Patrick Goldsmith<br>Custody | Jammie Schoen, AUSA<br>Rame Campbell, CJA |

**12:00 PM**

| | | |
|---|---|---|
| 8:22-503-2 | Wenona Korea Wells<br>Bond | Leesa Washington, AUSA<br>Ben Stepp, AFPD |
| 8:22-503-3 | Secoria Talkia Jemison<br>Bond | Leesa Washington, AUSA<br>Howard Anderson, CJA |

**2:00 PM**

| | | |
|---|---|---|
| 7:22-181 | Joshua Alan McBee<br>Bond | Max Cauthen, AUSA<br>James Loggins, AFPD |

**2:45 PM**

| | | |
|---|---|---|
| 7:22-300 | James E Loftin<br>Custody | Bill Watkins, AUSA<br>Lora Blanchard, AFPD |

**3:00 PM**

| | | |
|---|---|---|
| 7:21-408 | Britney Sheppard Campbell | Bill Watkins, AUSA |
| | Custody | Scott Robinson, Ret. |